IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR 05 94 S |
| | ) |
| v. | ) CR. NO: |
| | ) In Violation of 8 U.S.C. |
| MAURO CARDOSO- DE OLIVEIRA | ) §§ 1326(a)and (b)(2) |

INDICTMENT

The Grand Jury charges that:

On or about July 25, 2005, Defendant MAURO CARDOSO-DE OLIVEIRA, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

All in violation of 8 U.S.C. §§ 1326 (a) and (b)(2).

A TRUE BILL:

FILED
AUG 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

DATE: 8.24.05

RICHARD W. ROSE
Assistant U.S. Attorney