# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**August 30, 2005**

**CR 05-94S**

**TITLE: USA v. MAURO CARDOSO DE-OLIVEIRA**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Lee Vilker**

**Defendant: Edward Roy**

**Probation: Heather McLoughlin**

**Ct. Interpreter: Theresa LaBonte**

**************************************************************************

**Arraignment**

**All counsel of record present. Defendant present. Probation present. Court Interpreter present. Court interpreter sworn in. Court informs defendant of charge. Court enters plea of not guilty on behalf of the defendant. Court enters an arraignment order. Government requests detention. Defendant waives bail argument. Court orders defendant detained.**