1058836

AO 442 (Rev. 5/93) Warrant for Arrest

1055920

RECEIVED
AUG 24 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MAURO CARDOSO DE OLIVEIRA

**WARRANT FOR ARREST**

CASE NUMBER: CR05-94S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MAURO CARDOSO DE OLIVEIRA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

| | |
|---|---|
| JEANNINE THEALL<br>Name of Issuing Officer | DEPUTY CLERK<br>Title of Issuing Officer |
| J Theall<br>Signature of Issuing Officer | August 24, 2005 - PROVIDENCE, RI<br>Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

at Cranston, RI by ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/24/2005 | Charles Wyant<br>SDUSM | Chal Wyant |
| DATE OF ARREST<br>08/30/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.