**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-94S** |
| | ) | |
| **MAURO CARDOSO DE OLIVEIRA** | ) | |

---

## MOTION FOR CONTINUANCE OF TRIAL

Now comes the accused, Mauro Cardoso DeOliveira, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's December calendar.

In support of this motion, defense counsel states that he only recently received the discovery in this matter and is planning to meet with the defendant to discuss a possible plea, however, we are not sure that the meeting will be scheduled with the interpreter in time for the trial calendar call.

As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8). The interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial, because only by allowing this excludable time can a disposition short of trial be reached in this matter, and it is in the interests of the public, the Court, the United States, and, potentially, the defendant, to dispose of matters without the necessity for a trial.

Respectfully submitted
Mauro Cardoso DeOliveira
By his attorney,

_______________________
Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to Richard Rose, Assistant United States Attorney, on September 26, 2005.

_______________________