**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-94S** |
| | ) | |
| **MAURO CARDOSO DE OLIVEIRA** | ) | |

---

## NOTICE OF INTENTION TO PLEAD GUILTY

Now comes the defendant, Mauro Cardoso DeOliveira, by and through his counsel, notifies the Court of his intention to plead guilty to the indictment in this case, which charged him with violation of 8 USC §§ 1326 (a) and (b) (2). The defendant has been fully advised of his rights as well as to the discovery provided by the Government in connection with this case.

Respectfully submitted
Mauro Cardoso DeOliveira
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to Richard Rose, Assistant United States Attorney, on October 21, 2005.